*Harry Weller*, senior assistant state's attorney, in opposition.

Decided November 16, 2010

### STATE OF CONNECTICUT *v.* CLIFFORD P.

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 176 (AC 30192), is denied.

*Elizabeth M. Inkster*, senior assistant public defender, and *Natalie C. Rezek*, deputy assistant public defender, in support of the petition.

*Timothy F. Costello*, assistant state's attorney, in opposition.

Decided November 16, 2010

### STATE OF CONNECTICUT *v.* FRANK MCGEE

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 261 (AC 30329), is denied.

*Mary Beattie Schairer*, special public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided November 16, 2010

### EDWARD PARKER *v.* COMMISSIONER OF CORRECTION

The petitioner Edward Parker's petition for certification for appeal from the Appellate Court, 124 Conn. App. 905 (AC 30746), is denied.